**No. 09-8202. Thomas Robert McGill, Petitioner v. Florida.**

560 U.S. 927, 130 S. Ct. 3320, 176 L. Ed. 2d 1224, 2010 U.S. LEXIS 4195.

May 24, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 17 So. 3d 293.